FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL BASIL,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | 3:09-cv-0096-RCJ-RAM<br><br>**ORDERS** |

Before the Court is a Motion to Dismiss the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (docket # 41), filed by counsel for petitioner. The motion represents that petitioner was hospitalized on or around December 10, 2010, and has since died, rendering the petition moot. Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion to dismiss (docket #41) is **GRANTED**.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED** as moot. The Clerk shall enter judgment accordingly.

Dated: January 4th, 2011

_____
UNITED STATES DISTRICT JUDGE